Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION; et al., <br><br> Defendants. | Case No.: CV10-8401 VBF (JCGx) <br><br> **[PROPOSED] ORDER ON STIPULATION TO DISMISS THE CASE PURSUANT TO FED. R. CIV. P. 41 ET SEQ.** |

*FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:*

1. This action shall be and hereby is dismissed with prejudice;
2. L.A. Printex Industries, Inc., on the one hand, and the Defendants in this action, on the other hand, is to each bear its own costs and attorneys' fees as incurred against one another in connection with this action; and
3. This Court will retain jurisdiction over this matter to enforce the settlement agreement that gave rise to this dismissal.

SO ORDERED.

Dated: June 17, 2011  By: *Valerie Baker Fairbank*
_____
HONORABLE VALERIE B. FAIRBANK
U.S. DISTRICT COURT JUDGE